This is Charles Ashford Wilkerson making my Complaint Report to FDLE Live Oak office after 5 times I came to office FBI field office here in gainsville trying to give yall my Report my pictures my Recordings my tag number was IPI26E Before the Unforgiven Brotherhood attack me and my car was destroyed I was in yall undercover car that yall put me in then shortly after at Gretta Wilson house I was at investigating the Benny Battles Case her grandson Emery Roberts Relized what I was doing there Called Cops where they falsely made up Charges got what they accused me of stealing out of a lock shed took pictures of it put it Back and said that what I stole and the victim Gretta Wilson is on my phone Recording saying I never did it at all But crooked officers didn't care. There was an agent at your office Gray Cameron who agreed to pay for my car Rental if I got pictures and evidence for for him Jodi Baxley I Believe Tell MR Thomas Williams I accept his offer I will do it But not alone anymore and I need car and money to do so But I need help here they took car Butler georgia and Hertz picked it up sept 31 and filed charges on me Oct 6 saying they havent gotten car and there was Charges on my first primier Credit Card for it until MR Thomas Williams obtained Card info shortly after warrant came out I got the Pictures of Cartel and pictures of shaun paul williams wearing a mask He the one who shot Benny Battles using his motherinlaw Gun she Called me up told me it was an American flag handled Gun but when shaun paul williams Put me on my knees with it to my head it didn't have no handle on it that man has been stealing Items from me and Planting places with Crimes he is Committing

I seen him before at the Court/sheriff office with an officier named Cranford heavy set man all I ask of your office is to make Right what your agent has done to me or In taking this to the supreme Court you all will be Brought to Court to testify about this and how many times I came asking for help Department of Justice knows secret service agent knows attorney General the White house I did what that man in gray Camaro Bald headed tan skin asked of me to take pictures Recording everything This is how I am treated for serving my Country Cartel Paid off people in Georgia they even disconnected Battery on Car so no one could find me I walked Back 300 miles to the office Where a Highway Patrol Arrested me and Brought me here they don't want me telling your office what I have to say and after all this I Just want a damn Job Shit Yall never paid me never helped with gas made me undercover and then before Corona Hit yall shut down fieldoffice and I never heard nothing more till I was able to find Car again to Come Back this people have been attacking me for almost as long as yall made me undercover I got Proof on phone Ralph mason Department of Justice spoke with me as well why have yall abandon me like this lied I'm being put away possibely prison if I don't get any help

1. The first thing I did was save a ms langford from a Guy have name Calvin Johnson or God Bolt and he had ms langford tied up drugging her up and Raping her By going to dewey hatcher I was made undercover and Record wiped font.

2. Second was at the Carriage inn motel 3 men had a little girl in Room next door and a alachua County investigator came to offer me a Job but the patel family owns the motel at unforgiven gang was staying there I Believe they hurt the investigator his son went to trenton middle school played baseball and his dad where a shirt that said Ben on it my Warrant was wiped away for helping with Case then after that I found a total of 3 bodys on the sides of Road in different places then I lead Gilchrist County to a pond where a unforgiven Brotherhood member had me take him fishing where the Shieff office found a body in that pond also I told dixie County Shieff about me overhearing at a Residence of 427 NE 200 Ave that there was someone burned under the fire pits there I put the info on the message machine they have in the dorms to the officiers so ya'll can Read it as well I found What I Believed to be benny Batths in a well

of Hwy 19 across the street from the peanut Bait shop as well I turned around and was told to get my ass to gainsville a bigger story was going on But I was working on a case of where they were holding some woman in Crossarty at and there was the old Jail I was told and old wooden wearhouse in the hood Behind old park turn Left at laundry mat along the chain link fence then you see a Road that goes to the right Building was on Left But then I came to gainsville where I relized something was wrong at office got ahold of Department of Justice where they said Jody Briermen was MSL3 and there was Russian malware in Building Computers next I was Dropping a friend off at Cafe Roscide Club maconopy exit where I noticed a mechinic shop open Believe its Chop shop cause I watch two machinics crawl underneath and not come Back out semi drove off I took pictures and called Hwy patrol 2 weeks later Dropped my friend off to work at maconopy went for drove on 75 North when I ran into Cartel 20 white malibus 1 gray jeep 3 semi trucks full of people I spoke with Hwy patrol where they set up a Road block to left But not all of Cartel went that way so I followed into Georgia where I followed semi onto Hwy 16 or 60 Call Georgia Highway patrol where they went after semi and confirmed the Human trafficking but two other semis got away to I 90 South into mexico I later learned Cartel put a GPoo out on me so they can torture me But the leader paid off local Butler Georgia sherif where they arrested me towed car threathened to shot me and placed me in Jail under false charges

After they lied to Highway patrol Hookers like I was after previous call I made to there department on the semi he was going to hold off the other County deputies filled his car for me and told me to go he would hold them off get in the Car and go I said no sir I would not later on in the jail they sent an informant Back to florida to see who I was after they found out they where going to shot me in head but a taylor County jail officer stoped a woman and locked her up for something I heard gun shot But never seen nothing after 30 days in the Jail Judge Came Released me apologized to me Dropped tickets to 1 misdermeanor Reckless driving and let me go the Auto body shop was owned By Same County Cop Brother in Butler Georgia they disconnected the battery on car so my FBI people couldn't find me they knew I was an Investigator for FBI at that time after Release I was left to walk 300 miles Back to florida But when I called the Autobody Shop that had Car after I got Back to florida they said that Hertz Picked up Car at 3:30pm that sept 31 2020 upon me walking Back to FBI field office to let them know what all had occurred I was stopped by Highway patrol placed in Car transported to Alachua Jail my Record was still cleared at that time but Some misdermeanors than 4 days later I was Re booked for Grand theft Auto of Rental when the Contract says arbitration if any part of contract is breached technically they should have filed report before they filed car back not file false Report of Grand theft After they got Car Back anyway. Dixie County wants to Hire me as an investigator now cause of how good I am at this and I have pictures of Cartel leaders Tag as well Please Don't let me go to Prison I have a family

The Agent never paid for my Rental as Promised Neither did FDLE live Oak office for my Report that is 100% true and accurate the agent told me to put on last page what I wanted from helping with Case so I did and I never Received anything as promised By FBI or FDLE now I sit in Alachua County Jail over the Car that was promised to be paid for By FBI office Gainsville after I walked Back I couldn't walk anymore so I stop in old Town due to feet being so Bad where I obtained a Job at Taco Bell Chiefland Fl work 4 days then Shawn Paul Williams was staying at Back of pendarvious property 1680 NE 389th Ave at Donna pendarvious property where he thought I left and I was hiding he came in wearing same mask and was talking about killing me so I wasn't feeling well I called ambulance went to hospital where it was confirmed I had Covid 19 I went to FBI Building Coffee shop out Back spoke with thomas Williams and he tried to say I was involved no I stood up to Curroption and people that where destroying lifes and this Country Confirm with Ralph mason Department of Justice Ashley moody Attorney General Sara Vreeland secret service my tag was IP12BE then went 6 months no Car to the one Currently in Jail for picture of it Chuck McBride face Book FP106163 or 108163 Illinois tag Dixie County Dispatch Can Confirm I was working for y'all plate even said so Gilchrist County too Justin greene deputy Hwy Patrol on 75 Before georgia on Sept 15 Can Confirm as well as my Call to Georgia Hwy Patrol Sept 15 night time about the semi Please I gave my all stood up when no one would Believe me or help or arrest anyone that put me thru pure Hell my wife he my Best friend Benny so I did my Best to Provide for his family myself and they have tried to frame the shit out of me for telling the truth Please Don't let them do me this way Sincerely Charles McBride

I have done my best to assist law Enforcement with this while trying to stay alive cause I have been Chased threathened Now being buried in a Jail forgotten about this is why people dont help dont stand up everything I earned taken and whats Bad is who ever it was that kept Calling me from a Restricted Call a woman said she wouldn't stop till I lost everything I earned Believe it lady Riding around with Benny Battles mom she Calms to be an agent But I Believe she a un forgiven member or leader she had Brian Miles file false Report on me in Gilchrist County Please I Beg you listen to me I tried so many times to get yall assistance and help

Currently at Alachua County Jail

Charles McBride
Alachua County Jail
3333 NW 39th Ave.
Gainsville, Fl 32609



JACKSONVILLE FL 320
29 OCT 2020 PM 4 L

CHECKED NOV 0 2 2020

Federal Bereau of Investigations
Federal Building
401 SE 1st Ave
Gainsville, Fl 32601

