# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**CHARLES MCBRIDE,**

    **Plaintiff,**

**v.**                                                    **Case No. 1:20-cv-256-AW-GRJ**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 4, 2021 Report and Recommendation, ECF No. 22, to which there have been no objections. I agree with the magistrate judge's conclusion, and I adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)." The clerk will then close the file.

SO ORDERED on March 5, 2021.

                                                    s/ *Allen Winsor*
                                                    United States District Judge